UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILFREDO TORRES,

                Plaintiff,

      -against-

NEW YORK LEGAL ASSISTANCE GROUP, ET AL.,

                Defendants.

20-CV-6396 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued September 23, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 23, 2020
          New York, New York

                                          *Louis L. Stanton*
                                          Louis L. Stanton
                                               U.S.D.J.